IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LDD

Plaintiff,
Joseph Uber
v.

National Railroad Passenger Corporation a/k/a Amtrak;
Brandon Bostian;
Joseph Boardman d/b/a Amtrak CEO;
Defendents

CASE NO.

15    3038

42 USC 1983
Under the False Claims Act, 31 USC 3729

- I, Joseph Uber am whistle blowing. Amtrak did on May 12, 2015 commit an attack on its own Train No 188 to Justify Federal Funding. a total violation of the False Claims Act 31 USC 3729.
- Amtrak CEO is greedy and a lying Manipulator and did take part in this tradgic accident killing innocent Americans to get more compensation. The FBI must investigate all Joseph Boardmans communication devices. This will prove Boardman and Bostian are in on this conspiracy, False Flag attack together.
- Amtrak defrauded America by creating and orchestrating accident, so US tax payers would flip for the bill for new updated cars for trains.

- Amtrak only cares about its profit margins and has little to no concern for its passengers. The entire nation needs to boycott Amtrak and since Bostian and Boardman did commit a terrorist attack on American soil, they should be held accountable and tried as Enemy Combatants. Both Boardman and Bostian must be given truth serum to prove beyond a shadow of a doubt they plotted and carry out said attack on 5/12/15 along the North eastern corridor, which has caused me a great deal of emotional disstress.

- I am leaving state prison SCI Benner Twp on 5/31/15 and I am Fearful to travel via Amtrak train system as a result of this accident. Now, I have to walk 350 miles up hill just to get home. I am also in Fear Amtrak will attempt to murder me because I'm blowing the whistle on their scam.

- I seek $25 million dollars in punitive damages and a full investigation. Mr. Boardman, if thats even his name himself payed Blacks from the old Richard Allen complex thousands of dollars to, throw rocks at Amtrak, septa trains as a method to derail its train. God Bless America,

Respectfully, 5/26/15
Joseph Uber
301 Institution Dr.
Bellefonte, Pa 16823