

Joseph Uber LF-6932
301 Institution Dr
Bellefonte, Pa 16823

UNITED States District Court
US Court House
601 Market Street
Philadelphia, Pa 19107