IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH UBER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION, et al. | : | NO. 15-3038 |

O R D E R

AND NOW, this 31 day of June 2015, because plaintiff has failed to either pay the $350.00 filing fee and $50 administrative fee to the Clerk of Court or file a motion to proceed in forma pauperis with a certified copy of his prisoner account statement for the six-month period prior to the filing of this civil action on May 27, 2015, it is **ORDERED** that the Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.